**MEMO ENDORSED**

# OSBORN LAW P.C.

| | | |
|---|---|---|
| Daniel A. Osborn, Esq. | 43 West 43rd Street, Suite 131 | Email: info@osbornlawpc.com |
| Lindsay M. Trust, Esq. | New York, New York 10036 | www.osbornlawpc.com |
| | Phone: 212-725-9800 | |
| | Facsimile: 212-500-5115 | |

SO ORDERED:

*[signature]*

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dec. 13, 2022

**VIA ECF**

Honorable Andrew L. Carter Jr.
United States Judge
Southern District of New York
Thurgood Marshall United States Courthouse
49 Foley Square
New York, NY 10007

     Re: *Zapata v. Commissioner of Social Security,*
       Civil Action 1:22-cv-05544-ALC

Dear Judge Carter,

  We write on behalf of plaintiff, Juana Lidia Zapata, and with the consent of the defendant, to request a 30-day extension of time to file plaintiff's motion for judgment on the pleadings which is currently due on December 10, 2022. This is plaintiff's first request for an extension of time.

  Subject to the approval of the Court, the parties propose the following revised briefing schedule:

a. Plaintiff to file her motion for judgment on the pleadings on or before **January 9, 2023**;

b. Defendant to file its response to plaintiff's motion/cross motion on or before **March 10, 2023**; and

c. Plaintiff to file her reply, if any, on or before **March 31, 2023**.

Honorable Andrew L. Carter Jr.
December 8, 2022
Page 2

      Thank you for your consideration of this request.

                                    Respectfully submitted,

                                    s/Daniel A. Osborn
                                    Daniel A. Osborn
                                    OSBORN LAW, P.C.
                                    43 West 43rd Street, Suite 131
                                    New York, New York 10036
                                    Telephone:    212-725-9800
                                    Facsimile:     212-500-5115
                                    dosborn@osbornlawpc.com

cc: Sixtina Fernandez, Esq. (by ECF)