MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __Jan. 9, 2023__

# OSBORN LAW P.C.

Daniel A. Osborn, Esq.  
Lindsay M. Trust, Esq.

43 West 43rd Street, Suite 131  
New York, New York 10036  
Phone: 212-725-9800  
Facsimile: 212-500-5115

Email: info@osbornlawpc.com  
www.osbornlawpc.com

January 9, 2023

**VIA ECF**

Honorable Andrew L. Carter Jr.  
United States Judge  
Southern District of New York  
Thurgood Marshall United States Courthouse  
49 Foley Square  
New York, NY 10007

      Re:   *Zapata v. Commissioner of Social Security,*  
             Civil Action 1:22-cv-05544-ALC

Dear Judge Carter,

      We write on behalf of plaintiff, Juana Lidia Zapata, and with the consent of the defendant, to request a 10-day extension of time to file plaintiff's motion for judgment on the pleadings which is currently due on January 9, 2023. This is plaintiff's second request for an extension of time.

      The additional time is necessary because our office has several closely scheduled deadlines in social security matters and counsel believes that additional time is necessary to review the record and prepare the brief in this case.

      Subject to the approval of the Court, the parties propose the following revised briefing schedule:

   a. Plaintiff to file her motion for judgment on the pleadings on or before **January 19, 2023**;

Honorable Andrew L. Carter Jr.
January 9, 2023
Page 2

    b. Defendant to file its response to plaintiff's motion/cross motion on or before **March 20, 2023**; and

    c. Plaintiff to file her reply, if any, on or before **April 10, 2023**.

    Thank you for your consideration of this request.

    Respectfully submitted,

    s/Daniel A. Osborn
    Daniel A. Osborn
    OSBORN LAW, P.C.
    43 West 43rd Street, Suite 131
    New York, New York 10036
    Telephone:   212-725-9800
    Facsimile:    212-500-5115
    dosborn@osbornlawpc.com

SO ORDERED:

/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Jan. 9, 2023

cc: Sixtina Fernandez, Esq. (by ECF)