**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
JUANA LIDIA ZAPATA,

                      Plaintiff,                    22 **CIVIL** 5544 (ALC)

      -against-                      **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion & Order dated March 12, 2024, the Commissioner's motion for judgment on the pleadings is GRANTED, Plaintiff's motion for judgment on the pleadings is DENIED, and the ALJ's decision is AFFIRMED; accordingly, this case is closed.

**Dated:** New York, New York
           March 13, 2024

                                                    **RUBY J. KRAJICK**
                                                      **Clerk of Court**

                               **BY:**
                                                     **Deputy Clerk**